UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    ORDER

    -against-

                                                                    13 CR 17 (PKC)

JONATHAN CUMMINGHAM,

           Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond by the close of business on April 16. If the government is in agreement with defense counsel, then an agreed upon proposed order shall be submitted to the Court. In any event, there will be a telephonic hearing on April 17, 2020 at 2 p. m. Defense counsel shall state forthwith in writing filed on ECF whether her client waives his appearance at any bail application. Call-in information: 1-888-363-4740, Access Code: 3667981.

        SO ORDERED.

                                                       P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
          April 14, 2020