UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Jonathan Cunningham,

Defendant.

13 Cr. 17 (PKC)

ORDER

HONORABLE P. KEVIN CASTEL, United States District Judge:

Sentencing will proceed as scheduled on June 26, 2020 at noon in Courtroom 11D. The Court GRANTS defendant Jonathan Cunningham's motion for bail pending sentencing and ORDERS that he be released on the following conditions:

(1) A $100,000 personal recognizance bond. The bond is to be co-signed by the defendant's mother, for moral suasion. Given the circumstances of COVID-19, defense counsel may sign the bond on the defendant's behalf within 24-hours after his release from custody after explaining the conditions to the defendant. The defendant's mother shall orally agree to co-sign the bond before the defendant's release, and shall co-sign the bond within 14 days after the defendant's release.

(2) The defendant is restricted to home incarceration at the residence that has been approved by the Probation Department and must report directly to that residence upon his release from custody. Specifically, in light of the COVID-19 pandemic, the defendant must remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department.

(3) The defendant is to possess or have access to a telephone that will allow video conferencing with the Probation Department.

(4) The defendant must submit to GPS location monitoring as directed by the Probation Department and comply with all of the program requirements and instructions provided. The defendant is to report to the Probation Department at 500 Pearl Street, New York, New York, 6th Floor, on the 14th day after his release from custody, or a day thereafter if so directed by the Probation Department, following a period of self-quarantine, to have the GPS tracker affixed.

(5) The defendant must submit to supervision by and report for supervision to the Probation Department as directed.

(6) The defendant must surrender any passport to the Probation Department and not obtain new travel documents.

(7) The defendant must not possess a firearm, destructive device, or any other weapon.

(8) The defendant must not use or unlawfully possess a drug or controlled substance and must submit to testing for a prohibited substance if required by the Probation Department.

(9) The defendant must report to the Probation Department every contact with law enforcement personnel.

(10) Any other conditions stated in the release order that will issue.

SO ORDERED.

Dated: New York, New York
      April 17, 2020

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE