

**The Law Office of Elizabeth E. Macedonio**

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

May 13, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: *[signature]*
P. Kevin Castel
United States District Judge
5/13/2020

Re: <u>United States v. Jonathan Cunningham</u>
13 Cr. 17 (PKC)

Dear Judge Castel:

With the consent of the Government and the Probation Department, I write seeking modification of Mr. Cunningham's bail conditions. On April 17, 2020, the Court issued an order granting Mr. Cunningham's motion for release pending sentence. (ECF Docket #437) Sentencing on a violation of supervised release is set to take place on June 26, 2020.

[ The requested modification would change the current condition of "home incarceration" to 'home detention." This change would permit Mr. Cunningham to accept a position he has been offered at the Food Bank of New York City. Mr. Cunningham is expected to work forty hours per week with the possibility of overtime as well. His regular working hours will be from ten in the morning until six in the evening. All remaining conditions of his release will remain in effect. ]

The proposed place of employment is a twenty-minute bus ride from Mr. Cunningham's home. While on and traveling to the bus, Mr. Cunningham will practice social distancing and wear a face mask and gloves. In addition, while on the job he will be required to wear a face mask and gloves.

Should the Court require any additional information, I will be happy to supply it. I thank Your Honor for his consideration.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
40 Fulton Street, 23rd Floor
New York, New York 10038
Phone: (212) 235-5494
Elizabeth@MacedonioLaw.com
*Counsel for Defendant Jonathan Cunningham*