UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES,

                                                              13-cr-17 (PKC)

    -against-

                                                              ORDER

JONATHAN CUNNINGHAM,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing will proceed as scheduled on June 26, 2020 at 12 p.m. via video and teleconference. The parties have been separately provided access information. The public may access this proceeding using the following information.

        Dial-in:       (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                                 P. Kevin Castel
                                                         United States District Judge

Dated:  New York, New York
          June 26, 2020